JOHN F. PENNY, Appellant, v. JOHN WIELAND, Respondent.

No. 3300; November 29, 1872.

Appeal—Conflicting Evidence.—A Judgment Based on Findings on the point of prior possession made on evidence substantially conflicting will be allowed to stand.

APPEAL from Fourth Judicial District, San Francisco County.

J. C. Bates for appellant; S. F. & L. Reynolds for respondent.

By the COURT.—No errors of law are insisted upon in the printed points. The only claim upon which the appellant bases his right to recover the possession of the premises is founded upon his alleged prior possession. Upon looking into the record we observe that the evidence as to that possession was conflicting within the rule which protects the finding implied in support of the judgment against him from being disturbed here.

Judgment and order denying new trial affirmed.